# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2301

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Gerald Porter, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  January 11, 2000

Filed:  January 20, 2000

_____

Before RICHARD S. ARNOLD, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Gerald Porter appeals his drug-related convictions and sentence.  Porter contends the evidence is insufficient to support the jury's verdicts.  We disagree.  The record contains substantial evidence on which the jury reasonably could have found Porter guilty of the charges.  We also reject Porter's argument about his sentence.  Because Porter was properly sentenced as a career offender, an enhancement for obstruction of justice could not and was not added to Porter's offense level.  We thus affirm Porter's convictions and sentence.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.